IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ERIC N. HEYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:14-cv-2057 |
| ) | |
| BANCROFT LIFE & CASUALTY ICC, ) | |
| LTD., et al. ) | |
| ) | |

## NOTICE OF DISMISSAL DUE TO SATISFACTION OF ARBITRATION AWARD

On January 15, 2016, the Attorney-Client Arbitration Board of the District of Columbia Bar entered an arbitration award in favor of Plaintiff / Claimant Eric N. Heyer and against Defendant / Respondent Bancroft Life & Casualty ICC, Ltd. The arbitration award was satisfied on February 4, 2016. Accordingly, Plaintiff Eric N. Heyer hereby dismisses the above-captioned case.

Dated: February 18, 2016

_____
Eric N. Heyer
D.C. Bar No. 500095
1418 N. Rhodes Street, Apt. 128
Arlington, Virginia 22209
Phone: (202) 263-4128

*Proceeding Pro Se*



1

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of February, 2016, I have caused the foregoing to be served via first class mail and electronic mail on the following:

Andy Marks, Esq.
amarks@markslawoffices.com

*Counsel for Defendants*

                                                Eric N. Heyer